# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00536-CR

**Stevie Dwayne Williams, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-18-1091-D, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due March 10, 2022. On counsel's motions, the time for filing was extended to June 10, 2022. Appellant's counsel has now filed a fourth motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than July 5, 2022. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on July 1, 2022.

Before Chief Justice Byrne, Justices Triana and Smith

Do Not Publish